LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

LAWRENCE JOHNSON, an individual,

Plaintiff,

vs.

COMFORT HOSPICE CARE, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,

Defendant.

Case No: 2:18-cv-00608-RFB-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Lawrence Johnson and Defendant Comfort Care Hospice, LLC., by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes of action and claims for relief asserted in these proceedings by Plaintiff against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

| | |
|---|---|
| Dated this 23rd day of July, 2018.<br><br>LIPSON NEILSON P.C.<br><br>*/s/ Jessica A. Green*<br>____________________<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* | Dated this 23rd day of July, 2018.<br><br>GABROY LAW OFFICES<br><br>*/s/ Christian Gabroy*<br>____________________<br>CHRISTIAN GABROY, ESQ.<br>Nevada Bar No. 8805<br>STEVEN BURKE, ESQ.<br>Nevada Bar No. 14037<br>The District at Green Valley Ranch<br>170, Green Valley Parkway, Suite 280<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Plaintiff* |

**ORDER**

Based on the foregoing stipulation of parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 24th day of July, 2018.



UNITED STATES DISTRICT JUDGE

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512